## SECOND DEPARTMENT, DECEMBER TERM, 1891

Orlando F Heath, Appellant, v. Frank C. Satterlee, Respondent. — Order affirmed, with ten dollars costs and printing disbursements. (No opinion.)

Simeon C. Garrett, Respondent, v. Clarissa M. Horton, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

**Decisions handed down, Dec. 5, 1891.**

The People of the State of New York ex rel. The Seth Thomas Clock Company, Appellant, v. Edward Wemple, as Comptroller of the State of New York, Respondent. — Proceedings confirmed, with fifty dollars costs and disbursements. Opinion by Landon, J.

In the Matter of the Application of Edward Tracy and others, as Water Commissioners of Lansingburgh, v. Warren Erwin and others. — Order affirmed, with fifty dollars costs and disbursements. Opinion by Landon, J.

Alvah J. Zimmer, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment reversed and new trial granted, with costs against plaintiff of this appeal, unless plaintiff stipulate in thirty days to reduce recovery to $100, with interest thereon from July 31, 1890, and costs. If he so stipulates judgment affirmed, with costs. Opinion by Landon, J.

John Leedings, Appellant, v. Daniel Wilsey, Respondent. — Judgment of County Court affirmed, with costs. (No opinion.)

**Decisions handed down Dec. 8, 1891,**

Charles S. Weston, Appellant, v. Mary R. Stoddard, Impleaded with others, etc., Respondents. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.; Kellogg, J.. not acting.

Charles E. Huested and others, Respondents, v. Willard D. Bliss, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, J.

The People of the State of New York ex rel. Patrick J. McTigue, Appellant, v. James H. Manning and others, Constituting the Board of Police Commissioners of the City of Albany, Respondent. — Proceedings confirmed, with fifty dollars costs and disbursements. Opinion by Learned, P. J.

Joseph W. Bradshaw and others, Respondents, v. Agricultural Insurance Company, Appellant.—Judgment affirmed, with costs. Opinion by Mayham, J.

Clarence F. Stoddard, Appellant, v. The President, etc., of the Delaware and Hudson Canal Company, Respondent. — Order affirmed, with ten dollars costs and printing disbursements. Mem. by Learned, P. J.; Kellogg, J., not acting.

Orrando P. Dexter, Appellant, v. Warren Joseph Alfred, Respondent.— Order denying motion to change place of trial affirmed, with ten dollars costs and printing disbursements. (No opinion.)

James B. Avery, Administrator, Respondent, v. Hannah Mabey and others, Appellants.— Judgment reversed, and complaint dismissed, with costs. Opinion by Learned, P. J.

The People of the State of New York ex rel. John H. Derby v. Frank Rice and others, and four other cases against same defendants. — Order affirmed. (No opinion.)

The People of the State of New York ex rel. Rufus D. Peck v. Fank Rice and others, and three other cases against the same defendants. Orders affirmed. (No opinion.)

| 62 | 619 |
| 62 | 284 |

## SECOND DEPARTMENT, DECEMBER TERM, 1891.

The People of the State of New York ex rel. —— Nichols v. The Board of Supervisors of Queens County.— Motion denied, with ten dollars costs, Opinion by Barnard, P. J.; Dykman, J., not sitting.

Henry C. Griffin, Plaintiff, v. John A. Todd, Defendant. — Motion denied, with ten dollars costs. Opinion by Pratt, J. ; Dykman, J., not sitting.

Ellie Weill and others, Appellants, v. Joseph Malone and others, Respondents. — Motion denied, with ten dollars costs. Opinions by Barnard, P. J., and Pratt, J.

Oliver Downs, Plaintiff, v. Maria Wells, Defendant. — Motion denied, without costs. Opinion by Pratt, J,

Matter of Probate of Will of William Townsend, Deceased. — Decree of Surrogate affirmed, with costs. Opinion by Dykman, J.

William Harrigan, Respondent, v. The City of Brooklyn, Appellant. — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Pratt, J.

Matter of Probate of Will of Homer A. Nelson, Deceased. — Decree admitting will to probate affirmed, with costs Opinion by Pratt, J.

Louis P. Wiegmann, Respondent, v. Benjamin Sire and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Nelson J. Duryea, Plaintiff, v Tredwill D. Smith and others, Defendants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Samuel McElroy, Respondent, v. Henry Munford and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Matter of Rosalie -Whitmore, Respondent, v. The Village of Tarrytown, Appellant. — Orders appointing commissioners and judgment upon their reports affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Grove M. Harwood, Plaintiff, v Oscar H. La Grange, Defendant, Impleaded. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard. P. J., not sitting.

Ambrose Lee, Respondent, v. Andrew J. Wight man, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John Seton, Respondent, v. Heman Clark, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Ada Allen, Plaintiff, v. Annie E. O. Reiley, Defendant.— Judgment of County Court reversed, and that of justice affirmed, with costs. Opinion by Barnard, P. J

Charles H. Gross, Respondent, v. The Pennsylvania, Poughkeepsie and Boston Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J

Margaret A. Kessler, Respondent, v. Frank J. Lockwood, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Elmer E Furman, Respondent, v. J. Myers Taylor and others, Commissioners, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.

August Bonas v. Aloyses Steffens. — Judgment and order denying new trial reversed and new trial granted, costs to abide event Opinion by Pratt, J.; Barnard, P. J., not sitting.

John Forshay and others, Respondents, v. Wil-